**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Dennis Dallos | ) | |
| Janice Casterlin, | ) | Case No.: 25-11252 |
| | ) | Chapter 13 |
| Debtor | ) | |

**MOTION TO IMPOSE THE AUTOMATIC STAY WITH NOTICE OF OPPORTUNITY OF HEARING, NOTICE OF HEARING, BRIEF IN SUPPORT AND CERTIFICATE OF SERVICE**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document**. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney and others who are required to be served and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

The 14 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).

**NOTICE OF HEARING**

Notice is hereby given that if a response to the foregoing is filed, the hearing on the matter will be held on **May 20, 2025, at 2:00 p.m.** in the 2nd floor courtroom of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102. If no response is timely filed and the court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.

**BRIEF IN SUPPORT OF MOTION**

COMES NOW, Dennis Dallos and Janice Casterlin, Debtors in the above-styled bankruptcy proceeding, by and through their attorney Colin R. Barrett of Luke Homen Law, PLLC, and does file with this Court his Motion to Impose the Automatic Stay. In support, Debtors would respectfully show the Court the following:

1.       This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and (b), 1334 and

the United States District Court's general order of reference. Venue of this matter in this District is proper pursuant to 28 U.S.C. § 1409.

2. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (G).

3. Pursuant to 11 U.S.C. § 362(c)(4)(B), the debtors request an order imposing the automatic stay.

4. Debtor has filed two previous bankruptcies within the year preceding the commencement of this case. Both cases were dismissed prior to Confirmation.

5. Debtor first filed a Chapter 13 Bankruptcy in the Western District of Oklahoma on July 10, 2024 with case number 24-11903. Confirmation was denied and this case was dismissed by Order of this Court on October 10, 2024.

6. Debtor then filed a Chapter 13 Bankruptcy in the Western District of Oklahoma on December 18, 2024 with case number 24-13570. Confirmation was denied and this case was dismissed by Order of this Court on March 27, 2025.

7. The primary reason both of these previous cases were dismissed is due to Debtors' legal representation. In both cases, Debtors' believe they were not adequately represented by counsel and allowed both cases to dismiss rather than be confirmed.

8. This case was filed in good faith because Debtors have obtained new counsel to file the instant Chapter 13 bankruptcy. Now that Debtors have obtained new counsel, Debtors are willing and able to successfully complete their Chapter 13 Plan. *See Debtors' Affidavit,* attached hereto as Exhibit "A"

WHEREFORE, DEBTOR RESPECTFULLY REQUEST that the impose the automatic stay against all Creditors; and for other such relief as the court deems just and proper.

Dated: April 30, 2025

Luke Homen Law, PLLC

By:       /s/ Colin R. Barrett
      Colin R. Barrett
      OK Bar #31936
      Luke Homen Law PLLC

10313 Greenbriar Parkway
Oklahoma City, Oklahoma 73159
colin@lukehomenlaw.com
(405) 639-2099
(405) 842-0787 (fax)

## **CERTIFICATE OF MAILING**

I certify that on April 30, 2025, I electronically transmitted the Motion to Impose Automatic Stay filed on April 30, 2025, herein as Docket Number 8, to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit the foregoing to all ECF registrants, to include the following:

| Office of the AUST | John T. Hardeman<br>Chapter 13 Trustee | |
|---|---|---|

Pursuant to Bankruptcy Rule 1009, I certify that on April 30, 2025, the Motion to Impose Automatic Stay was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below and upon those parties in interest as listed on the following attached page(s):


See Attached Creditor Matrix


*/s/Colin R. Barrett*
Colin R. Barrett

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 25-11252<br>Western District of Oklahoma<br>Oklahoma City<br>Wed Apr 30 08:35:12 CDT 2025 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | AMEX<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| Affirm Inc<br>30 Isabella St 4th floor<br>Pittsburgh, PA 15212-5862 | Ally<br>PO Box 660371<br>Dallas, TX 75266-0371 | Bankers Healthcare Group<br>PO Box 332509<br>Murfreesboro, TN 37133-2509 |
| Barber & Bartz APC<br>525 S Main St Ste 800<br>Tulsa, OK 74103-4511 | Barclays<br>PO Box 8833<br>Wilmington, DE 19899-8833 | Bluevine Inc<br>401 Warren St<br>Redwood City, CA 94063-1536 |
| Bronco Equipment Rental<br>2122 S East Ave<br>Cushing, OK 74023-5018 | C3 Rental LLC<br>107 Imperial Blvd Ste 10<br>Hendersonvlle, TN 37075-3441 | (p)CAC FINANCIAL CORP<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY OK 73112-7236 |
| Cap1/kohls Dept Store<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (p)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 |
| (p)CENTRAL ANESTHESIA ASSOCIATES<br>PO BOX 248819<br>OKLAHOMA CITY OK 73124-8819 | Chexsystems<br>Attn: Consumer Relations<br>Po Box 583399<br>Minneapolis, MN 55458-3399 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Flowering Peach<br>354 Catawba Ct<br>Lexington, SC 29072-9500 | GFS Capital<br>901 5th Ave Ste 1200<br>Seattle, WA 98164-2017 | Hall & Ludlam PLLC<br>210 Park Ave. 3001<br>Oklahoma City, OK 73102-5649 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jpmcb Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 |
| Kansas Counselors<br>PO Box 14765<br>Lenexa, KS 66285-4765 | LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 |
| Midland Credit Management<br>PO Box 939069<br>San Diego, CA 92193-9069 | Oklahoma Spine Hospital<br>PO Box 803918<br>Kansas City, MO 64180-3918 | Oklahoma Tax Commission<br>Attn: Legal-Bankruptcy<br>PO Box 269056<br>Oklahoma City, OK 73126-9056 |

| | | |
|---|---|---|
| Opportunity Fund<br>111 W Saint John St<br>San Jose, CA 95113-1121 | Portfolio<br>Po Box 4115<br>Concord, CA 94524-4115 | QFS Capital<br>110 E Broward Blvd Ste 1550<br>Ft Lauderdale, FL 33301-3553 |
| (p)RCB BANK ATTN SPECIAL ASSETS<br>300 W PATTI PAGE BLVD<br>CLAREMORE OK 74017-8039 | Resurgent Capital Service LP<br>PO Box 10465<br>Greenville, SC 29603-0465 | Robert Redwine<br>400 N Walnut Ave<br>Oklahoma City, OK 73104-2207 |
| Sst/medallion<br>1100 E 6600 S Ste 510<br>Murray, UT 84121-7422 | Stephen Bruce & Associates<br>Po Box 808<br>Edmond, OK 73083-0808 | Stillwater Medical Center<br>1323 W 6th Ave<br>Stillwater, OK 74074-4399 |
| Syncb/Sams<br>Po Box 965065<br>Orlando, FL 32896-0001 | Syncb/amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony/PayPal Credit<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synovus Bank<br>1111 Bay Ave<br>Columbus, GA 31901-5218 | Systems & Services Tech<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 |
| The Mortgage Law Firm, PLLC<br>421 NW 13th St. 300<br>Oklahoma City, OK 73103-3743 | Timepayment Corp<br>200 Summit Dr Ste 100<br>Burlington, MA 01803-5274 | Tinker Fcu<br>Po Box 45750<br>Oklahoma City, OK 73145-0750 |
| United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 | Colin Richard Barrett<br>Luke Homen Law PLLC<br>10313 Greenbriar Pkwy<br>Oklahoma City, OK 73159-7648 | Dennis Dallos<br>714 Lakeview Dr<br>Cushing, OK 74023-4743 |
| Janice Marie Casterlin<br>714 Lakeview Dr<br>Cushing, OK 74023-4743 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAC Financial<br>2601 Nw Expressway Ste 1000e<br>Oklahoma City, OK 73112-7238 | Carrington Mortgage Se<br>Po Box 660586<br>Dallas, TX 75266-0586 | Central Anesthesia Associates, LLC<br>Po Box 248819<br>Oklahoma City, OK 73124-8819 |

| | | |
|---|---|---|
| Discover Bank<br>P O Box 15316<br>Wilmington, DE 19850 | Jefferson Capital<br>Po Box 7999<br>Saint Cloud, MN 56302-7999 | LabCorp<br>Po Box 2240<br>Burlington, NC 27216-2240 |
| RCB Bank<br>Po Box 189<br>Claremore, OK 74018-0189 | End of Label Matrix<br>Mailable recipients 51<br>Bypassed recipients  0<br>Total         51 | |