IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re: )
)
Dennis Dallos )
Janice Casterlin, ) Case No.: 25- **11252**
) Chapter 13
Debtors )

### AFFIDAVIT REGARDING MOTION TO IMPOSE AUTOMATIC STAY

STATE OF OKLAHOMA )
) ss
COUNTY OF CLEVELAND )

We, Dennis Dallos and Janice Casterlin, being of lawful age and having first been duly sworn upon oath, state:

1. We are the Debtors in the above-styled Bankruptcy Case.

2. We filed a Chapter 13 Bankruptcy on July 10, 2024 with case number 24-11903. The case was dismissed rather than confirmed on October 10, 2024.

3. We filed a second Chapter 13 Bankruptcy on December 18, 2024 with case number 24-13570. The case was dismissed rather than confirmed on March 27, 2025.

4. The primary reason both of our previous bankruptcies were dismissed is due to our legal representation. In both cases, we feel that our interests were not adequately represented and we allowed both cases to dismiss rather than confirm.

5. We have now obtained new counsel that adequately represents our interests and are ready to proceed with Chapter 13.

6. This case has been filed in good faith.

FURTHER, AFFIANTS SAITH NOT.

_____          _____
Dennis Dallos, Debtor                             Janice Casterlin, Joint-Debtor


**STATE OF OKLAHOMA**       )
                            )     ss
**COUNTY OF CLEVELAND**     )

SUBSCRIBED and sworn to before me this 29th day of April, 2025, by Dennis Dallos and Janice Casterlin.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 05/15/2026


  /s/ Colin R. Barrett
Colin R. Barrett
OK Bar # 31936
Luke Homen Law, PLLC
10313 Greenbriar Parkway
Oklahoma City, Oklahoma 73159
phone: 405-639-2099
fax: (405) 252-1654
colin@lukehomenlaw.com
Attorney for Debtors